```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY            :
CLEANING WORKERS AND ALLIED             :
INDUSTRIES HEALTH FUND, WORKERS         :
UNITED; TRUSTEES OF THE LAUNDRY,        :
DRY CLEANING WORKERS AND                :
ALLIED INDUSTRIES RETIREMENT            :
FUND, WORKERS UNITED; and               :
TRUSTEES OF THE LAUNDRY AND DRY         :
CLEANING WORKERS EDUCATION AND          :
LEGAL ASSISTANCE FUND,                  :
                     Plaintiffs,        :
v.                                      :
                                        :   ORDER
FDR SERVICES CORP. OF NEW YORK,         :
           Defendant/Third-Party        :   17 CV 7145 (VB)
           Plaintiff,                   :
                                        :
v.                                      :
                                        :
LAUNDRY, DISTRIBUTION AND FOOD          :
SERVICE JOINT BOARD; ALBERTO            :
ARROYO; and WILFREDO LARANCUNET,        :
as Union Trustees of the Laundry, Dry Cleaning :
Workers and Allied Industries Health Fund, :
Workers United and Officers of the Laundry, :
Distribution and Food Service Joint Board, :
                Third-Party Defendants  :
--------------------------------------------------------------x
```

2/22/23

By letter dated February 21, 2023, defendant and third-party defendants informed the Court that defendant wants additional time to determine whether to stipulate to dismissal of its claims against third-party defendants, but that third party defendants oppose any such extension. (Doc. #126). Instead, third-party defendants request that the Court dismiss defendant's claims against third-party defendants with prejudice or schedule a conference.

Defendant's time to file a stipulation dismissing its claims against third-party defendants in the above-captioned matter ("Laundry I") or to inform the Court what actions it intends to take with respect to the arbitration award is extended to March 6, 2023.

Also by March 6, 2023, regardless of whether a stipulation is filed, and in the interest of efficient case management, counsel for all parties shall file a joint case management report on the docket of Laundry I and on the docket of Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, Workers United v. FDR Services Corp. of New York, No. 17-cv-8353 (S.D.N.Y. filed Oct. 30, 2017) ("Laundry II"), not to exceed three pages, setting forth the following information:

1. Summary of remaining claims in the underlying action of Laundry I, the third-party action of Laundry I, and Laundry II;

2. Current status of Laundry I and Laundry II (e.g., what discovery has been completed and anticipated motions (if any));

3. Overview of settlement efforts in Laundry I and Laundry II, including the present status of any settlement discussions, what efforts counsel expect to make in the future to settle these cases, and whether and how the Court can assist in that regard; and

4. Counsels' proposal of how Laundry I and Laundry II should proceed, now that arbitration of the third-party action in Laundry I is complete, including whether the current stay in either or both actions should be lifted.

Following the receipt of the parties' joint letter, the Court will decide how to proceed.

Dated: February 22, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge