UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY            :
CLEANING WORKERS AND ALLIED             :
INDUSTRIES HEALTH FUND, WORKERS         :
UNITED; TRUSTEES OF THE LAUNDRY,        :
DRY CLEANING WORKERS AND ALLIED         :
INDUSTRIES RETIREMENT FUND,             :
WORKERS UNITED; and TRUSTEES OF         :
THE LAUNDRY AND DRY CLEANING            :
WORKERS EDUCATION AND LEGAL             :
ASSISTANCE FUND,                        :
             Plaintiffs,              :
v.                                      :
                                      :   **ORDER**
FDR SERVICES CORP. OF NEW YORK,         :
             Defendant.               :   17 CV 7145 (VB)
--------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY            :
CLEANING WORKERS AND ALLIED             :   17 CV 8353 (VB)
INDUSTRIES RETIREMENT FUND,             :
WORKERS UNITED; and TRUSTEES OF         :
THE LAUNDRY AND DRY CLEANING            :
WORKERS EDUCATION AND LEGAL             :
ASSISTANCE FUND,                        :
             Plaintiffs,              :
v.                                      :
                                      :
FDR SERVICES CORP. OF NEW YORK,         :
             Defendant.               :
--------------------------------------------------------------x

      As discussed at an on-the-record case management conference held on March 15, 2024, attended by counsel for all parties, it is HEREBY ORDERED:

      1.    The parties are directed to obtain a transcript of the recorded October 17, 2018, conference before Magistrate Judge Lisa Margaret Smith regarding the scope of discovery.

      2.    By April 15, 2024, the parties shall file a joint status report regarding defendant FDR Services Corp. of New York's request for additional discovery, specifying the particular

1

discovery defendant believes is required. The parties are strongly encouraged to agree as to the scope and nature of any additional discovery, and how long it will take to complete.

3. The parties are also directed to continue to discuss settlement in good faith. The joint status report shall inform the Court whether the parties, or either of them, believe a reference to the magistrate judge for a settlement conference would be appropriate.

4. The next case management conference in this matter is scheduled for <u>May 8, 2024, at 10:00 a.m.</u> in Courtroom 620 at the White Plains Courthouse.

Dated: March 18, 2024
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge